MOSES SINGER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 9/23/2026

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800 Fax: 212.554.7700
www.mosessinger.com

Toby Butterfield
tbutterfield@mosessinger.com
Savita Sivakumar
ssivakumar@mosessinger.com

September 22, 2026

The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

**MEMO ENDORSED**

**Re: Request for Adjournment of Rule 16 Conference**
***Williams v. Mansueto Ventures LLC et al*, Case No. 1:26-CV-05055-VEC**

Dear Judge Caproni,

We represent Defendant Mansueto Ventures, LLC ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practice Rules 3(A) and 2(C) and with consent of counsel for the proposed class of plaintiffs ("Plaintiff's Counsel"), we write to respectfully request adjournment of the Initial Pretrial Conference currently set for October 2, 2026, at 10:00 AM, and a corresponding extension of the related joint submissions.

The Complaint was filed on June 15, 2026 (ECF No. 1). Your Honor scheduled the original Initial Conference date for August 14, 2026, at 10:00 AM (ECF No. 5). Due to the travel schedules of attorneys for Defendant, and with consent from Plaintiff's counsel, Defendant requested an adjournment (ECF No. 11), which Your Honor granted, rescheduling the Initial Pretrial Conference for October 2, 2026 at 10:00 AM (ECF No. 12). Therefore, this is the second request for an adjournment of the Initial Conference and extension of the corresponding joint submissions.

The parties agree that good cause exists for adjournment of the Initial Pretrial Conference (the "IPC") until at least October 9, 2026. Plaintiff filed a First Amended Complaint on September 15, 2026 (ECF No. 15) (the "FAC") and Defendant's response to the FAC is due October 9, 2026 (ECF No. 14). However, the parties disagree regarding proposed alternative dates.

**Plaintiff seeks an adjournment until either Friday, October 9, 2026 or Friday, October 23, 2026 (both at 10:00 am).** Counsel for Defendant has informed Plaintiff's counsel that they are unavailable on Friday October 16, 2026, while Plaintiff's counsel is. Plaintiff believes that a delay beyond October 23, 2026 is unnecessary. Plaintiff's assessment is that the parties are quite far apart in terms of settlement. Further, in Plaintiff's view, Defendant do not require an additional 4 weeks or more to consult with its client and its client's vendors to assess Plaintiff's claims before participating in the IPC, or engaging in a 26(f) conference (and related negotiations) prior to the IPC.

MOSES SINGER



**Defendant seeks an adjournment to either October 23, 2026 or November 6, 2026 (both at 10:00 a.m.).** Since the filing of the Complaint and now Amended Complaint, counsel for Defendant has worked diligently with their client and its vendors to assess Plaintiff's claims, which are technical in nature. Such investigation has required coordination with multiple vendors, made more complicated by ongoing employee summer travel. Despite this delay, the parties have initiated settlement discussions. Defendant obtained Plaintiff's initial settlement demand, Defendant has responded with an offer, and Plaintiff's have provided an updated demand which Defendant's counsel are considering. Based on the parties' current understanding of the case, we believe further settlement discussion may be fruitful, and that adjournment would facilitate that process. Therefore, Defendant requests an extension in good faith to allow Defendant adequate time to finish investigation of the claims made and continue to work with Plaintiff's counsel to pursue an appropriate settlement.

Additionally, the parties request that the deadline to submit the proposed Case Management Plan and Scheduling Order and joint letter be extended to seven days before the rescheduled Initial Conference, or to such other date as the Court deems appropriate. We thank the Court for its consideration.

Sincerely,

MOSES & SINGER LLP

*/s/ Toby Butterfield*
Toby Butterfield

**CC:** J. Evan Shapiro, Esq., Tauler Smith LLP [via ECF]

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, October 2, 2026, is hereby ADJOURNED to **Friday, October 23, 2026, at 10:00 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties' joint letter and proposed Civil Case Management Plan and Scheduling Order, *see* Dkt. 5 ¶¶ 2, 4, are due not later than **Thursday, October 15, 2026**.

SO ORDERED.

Valerie Caproni 9/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE